1  THOMAS MARC LITTON, ESQ. (Cal. Bar No. 119985)
2  LAW OFFICES OF THOMAS MARC LITTON
   555 Montgomery St., Suite 820
3  San Francisco, California 94104
4  Telephone: (415) 421-4770
   Facsimile: (415) 421-4784
5  Attorney for Plaintiff,
   JENNIFER WALLING
6

FILED

APR - 5 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER WALLING,<br><br>Plaintiff,<br><br>v.<br><br>AGA MEDICAL HOLDINGS, INC.,<br>dba AGA MEDICAL<br>CORPORATION, a Delaware<br>corporation, DOES 1 to 20, inclusive<br>and each of them,<br><br>Defendants. | CASE NO.: C-10-05247 SBA<br><br>STIPULATION AMENDING COMPLAINT TO INCLUDE AGA MEDICAL CORPORATION AS A DEFENDANT AND [PROPOSED] ORDER THEREON<br><br>Honorable Saundra Brown Armstrong,<br>U.S. District Judge |

The parties to this action through their respective attorneys of record hereby stipulate and agree as follows:

1. AGA Medical Corporation is hereby added as defendant to each cause of action in Plaintiff's complaint in this action and will be represented by the same attorneys representing specially appearing defendant AGA Medical Holdings, Inc.;

STIPULATION AMENDING COMPLAINT TO INCLUDE AGA MEDICAL CORPORATION AS A DEFENDANT AND [PROPOSED] ORDER THEREON                                                                                                                                             Page 1

2. AGA Medical Corporation hereby acknowledges actual notice of this lawsuit, subjects itself to the jurisdiction of this court in this action;

3. AGA Medical Corporation accepts service of the lawsuit effective March 31, 2011; and

4. AGA Medical Corporation will serve a responsive pleading to Plaintiff's complaint by April 21, 2011.

DATED: March 30, 2011

_____
Thomas Marc Litton, Esq.
Law Offices of Thomas Marc Litton
Attorney for Plaintiff, Jennifer Walling

DATED: March 30, 2011

_____
Teresa W. Ghali, Esq.
Akin Gump Strauss Hauer & Feld, LLP
Attorney for Specially Appearing Defendant
AGA Medical Holdings, Inc., and Defendant
AGA Medical Corporation

ORDER

IT IS ORDERED.

DATED: March __, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge