REGINALD D. STEER (SBN 056324)
TERESA W. GHALI (SBN 252961)
AKIN GUMP STRAUSS HAUER & FELD LLP
580 California Street, Suite 1500
San Francisco, CA 94104
Email:  rsteer@akingump.com
 tghali@akingump.com
Telephone: 415-765-9500
Facsimile: 415-765-9510

Attorneys for Specially Appearing Defendant,
AGA Medical Holdings, Inc., and Defendant AGA
Medical Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| JENNIFER WALLING,<br><br>          Plaintiff,<br><br>  v.<br><br>AGA MEDICAL HOLDINGS, INC., et al.<br><br>          Defendants. | Case No. 10-05247-SBA<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR COURT-APPOINTED MEDIATION**<br><br>Judge: Hon. Saundra Brown Armstrong |

      1.     Whereas, pursuant to the Court's March 1, 2011 Order, the parties are to complete mediation before a court-appointed mediator by May 31, 2011;

      2.     Whereas, specially appearing defendant AGA Medical Holdings, Inc. filed a motion to dismiss on lack of personal jurisdiction grounds on November 29, 2010 which will be heard by the court on June 7, 2011, or decided on the papers before that date,

      3.     Whereas, court-appointed mediator Philip Gregory held a phone conference with counsel for both parties on March 31, 2011, and the parties agree that mediation would be most productive if it took place after the resolution of the pending motion to dismiss;

---

JOINT CASE MANAGEMENT STATEMENT                              Case No. 10-05247-SBA

4.  Therefore, the parties request that the date to complete mediation be extended until 90 days after the resolution of the pending motion to dismiss, which is currently set for hearing on June 7, 2011.

IT IS SO STIPULATED.

Dated: April 1, 2011                                **AKIN GUMP STRAUSS HAUER & FELD LLP**

  /s/ Teresa W. Ghali
TERESA W. GHALI

Attorneys for Defendant
AGA Medical Holdings, Inc.

Dated: April 1, 2011                                **LAW OFFICES OF THOMAS MARC LITTON**

  /s/ Thomas Marc Litton
THOMAS MARC LITTON

Attorney for Plaintiff
Jennifer Walling

I, Teresa W. Ghali, am the ECF user whose ID and password are being used to file this Joint Case Management Statement. In compliance with the Northern District of California General Order 45, X.B., I hereby attest that Marc Litton concurred in this filing.

Dated: April __, 2011                               AKIN GUMP STRAUSS HAUER & FELD LLP

  /s/ Teresa W. Ghali
TERESA W. GHALI

Attorneys for Defendant
AGA Medical Holdings, Inc.

## [PROPOSED] ORDER

Having reviewed the parties' joint stipulation to continue the deadline for court-appointed mediation, and good cause appearing,

IT IS SO ORDERED.

The deadline to complete mediation, currently scheduled for May 31, 2011, shall be continued until 90 days following the resolution of the pending motion to dismiss, which is currently set for hearing on June 7, 2011.

Dated: __4/5/11_____   By: ___*Saundra B. Armstrong*___
                                The Honorable Saundra B. Armstrong
                                United States District Court Judge